RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Mauricio Santiago Martinez-Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO SANTIAGO MARTINEZ-PEREZ,<br><br>　　　　　　Defendant. | Case No. 2:21-CR-00104-JCM-EJY-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Mauricio Santiago Martinez-Perez, that the Sentencing Hearing currently scheduled on January 19, 2022 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　This Stipulation is entered into for the following reasons:

　　1.　　Defense counsel needs additional time to review the presentence report with Mr. Martinez-Perez and gather mitigation materials for Mr. Martinez-Perez

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 7th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO SANTIAGO MARTINEZ-PEREZ,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00104-JCM-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 19, 2022 at 10:30 a.m., be vacated and continued to March 9, 2022 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　　DATED January 12, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE