CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00104-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | **(Second Request)** |
| MAURICIO SANTIAGO MARTINEZ-PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for Mauricio Santiago Martinez-Perez, that the Sentencing Hearing currently scheduled for March 9, 2022, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for sentencing, including preparing memorandums in support of their respective sentencing recommendations.

2.     Counsel for the government will be out of the District during the currently scheduled sentencing date.

3.     The defendant is not in custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

5.     This is the second request for a continuance of the sentencing hearing.

DATED: February 9, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/ Benjamin Nemec
_____
BENJAMIN NEMEC
Counsel for Defendant
MAURICIO SANTIAGO
MARTINEZ-PEREZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00104-JCM-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| MAURICIO SANTIAGO MARTINEZ-PEREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for March 9, 2022, be vacated and continued to **March 30, 2022,** at the hour **of 10:00 a.m.**

DATED February 14, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE