RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Mauricio Martinez-Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO MARTINEZ-PEREZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00104-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Mauricio Martinez-Perez, that the Revocation Hearing currently scheduled on April 12, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction on the date this revocation hearing is currently set.

　　　　2.　　Defense counsel needs additional time to discuss this matter with Mr. Martinez-Perez and conduct necessary investigation as to the allegations in the Petition.

3. Mr. Martinez-Perez is in custody and agrees with the need to continue the hearing

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 4th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ *Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO MARTINEZ-PEREZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00104-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 12, 2023 at 10:30 a.m., be vacated and continued to **June 12, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

DATED April 5, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE