RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Mauricio Martinez-Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICIO MARTINEZ-PEREZ,<br><br>        Defendant. | Case No. 2:21-cr-00104-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Mauricio Martinez-Perez, that the Revocation Hearing currently scheduled on July 19, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel needs additional time to discuss the allegations in the Petition with Mr. Martinez-Perez.

2.    Defense counsel also needs additional time to receive mitigating information and prepare for the upcoming revocation hearing.

3. Mr. Martinez-Perez is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 18th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO MARTINEZ-PEREZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00104-JCM-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 19, 2023 at 10:30 a.m., be vacated and continued to **August 18, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

　　　DATED  July 18, 2023.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE