**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO MARTINEZ-PEREZ,<br><br>　　　　Defendant. | Case No. 2:21-cr-00104-CDS-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 27, 2026 at the hour of 2:30 p.m., be vacated and continued to July 7, 2026 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 26th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3