**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00104-CDS-EJY |
| Plaintiff | **Order Approving Stipulation to Continue Revocation of Supervised Release Hearing** |
| v. | |
| MAURICIO MARTINEZ-PEREZ, | [ECF No. 99] |
| Defendant | |

Based on the parties' stipulation, it is ordered that the revocation hearing currently scheduled for June 1, 2026, at 1:00 p.m., is vacated and continued to July 6, 2026, at 10:00 a.m. in LV Courtroom 6B.

Dated: May 26, 2026

_____
UNITED STATES DISTRICT JUDGE